UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Joel Lowy,

                Plaintiff,

    - against -

American National Insurance Company,

                Defendant.

Case No. 12 CV 1857 (FB)(CLP)

**NOTICE OF APPLICATION OF ATTORNEYS TO APPEAR AND PARTICIPATE *PRO HAC VICE***

---

    PLEASE TAKE NOTICE that, upon the accompanying affirmation of Andrew J. Frisch, counsel for defendant American National Insurance Company, attorney Steven Carl Windsor, an attorney in good standing in the Bar of the State of Texas, will move this Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing his admission as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for defendant American National Insurance Company. There are no pending disciplinary proceeds against Mr. Windsor in any State or Federal Court.

Dated:   May 11, 2012
           New York, New York

                                            Respectfully Submitted,

                                            ___s_____
                                            Andrew J. Frisch
                                            The Law Offices of Andrew J. Frisch
                                            40 Fulton Street, 23rd Floor
                                            New York, New York 10038
                                            Telephone: (212) 285-8000
                                            Facsimile: (646) 304-0352
                                            afrisch@andrewfrisch.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Joel Lowy,

     Plaintiff,

 - against -

American National Insurance Company,

     Defendant.

Case No. 12 CV 1857 (FB)(CLP)

**AFFIRMATION**

---

I, ANDREW J. FRISCH, certify as follows:

1. I am counsel for defendant American National Insurance Company in the above-captioned case and a member in good standing of the Bar of this Court. I submit this Affirmation in support of the application of attorney Steven Carl Windsor of the firm of Greer, Herz & Adams, L.L.P., Galveston, Texas, to appear and participate in this matter *pro hac vice*.

2. Upon information and belief, Mr. Windsor is admitted to practice law in the courts of the State of Texas; is not currently suspended or disbarred by any jurisdiction in which he has been admitted to practice; and has not been the subject of any disciplinary action of the Bar or Court of any State or Federal Court.

4. I have appeared in this matter as attorney of record for defendant and, unless permitted to withdraw by order of this Court, will continue to accept service of all notices, orders and pleadings in this matter and will promptly notify attorney Windsor.

WHEREFORE, it is respectfully requested that the accompanying application of attorney Steven Carl Windsor to appear and participate herein *pro hac vice* be granted.

I HEREBY CERTIFY, under penalties of perjury, that the foregoing is true and

correct.

Dated: May 11, 2012
      New York, New York

                                                       __s_____
                                                       Andrew J. Frisch

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Joel Lowy,

      Plaintiff,

 - against -

American National Insurance Company,

      Defendant.

Case No. 12 CV 1857 (FB)(CLP)

**AFFIDAVIT OF**
**STEVEN CARL WINDSOR**

---

State of Texas  )
       ) ss:
County of Galveston )

  STEVEN CARL WINDSOR, being duly sworn, hereby deposes and says as follows:

  1. I am of counsel to the law firm of Greer, Herz & Adams, L.L.P., Galveston, Texas.

  2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

  3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Texas.

  4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendant American National Insurance Company.

Steven Carl Windsor
Greer, Herz & Adams, L.L.P.
One Moody Plaza, 18th Floor
Galveston, Texas 77550-7998
(409) 797-3209
swindsor@greerherz.com

Sworn to before me
this 10 day of May, 2012

NOTARY PUBLIC

NINA PORRETTO
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JUNE 17, 2015

# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

April 24, 2012

RE:   **Mr. Steven Carl Windsor**
       State Bar Number - **21760650**

To Whom it May Concern:

This is to certify that Mr. Steven Carl Windsor was licensed to practice law in Texas on November 02, 1990 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Joel Lowy,

        Plaintiff,

- against -

American National Insurance Company,

        Defendant.

Case No. 12 CV 1857 (FB)(CLP)

**ORDER**

---

On application of attorney Steven Carl Windsor, his motion for admission to practice *pro hac vice* in the above-captioned matter is granted. Mr. Windsor is permitted to appear and argue and try this particular case in whole or in part as counsel for defendant American National Insurance Company.

This Order becomes effective upon the Court's receipt of the required $25 fee and confirms your appearance as counsel in this case. A notation of Mr. Windsor's admission *pro hac vice* for this case will be made on the roll of attorneys.

Dated: May    , 2012

                                                                                   _____