UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
JOEL LOWY,                                    Docket No. 12-cv-1857

        Plaintiff,

   v.                                               Disclosure Statement

AMERICAN NATIONAL INSURANCE CO.

        Defendant.
-----------------------------------------------------------X

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant American National Insurance Company hereby states that it has no parent company and that there is no publicly held corporation owning 10% or more of its stock. Pursuant to Rule 7.1, two copies of this Disclosure Statement are being filed.

                                Respectfully submitted,

                                /s/ Andrew J. Frisch
                                **The Law Office of Andrew J. Frisch**
                                **Andrew J. Frisch**
                                40 Fulton Street, 23rd Floor
                                   New York, New York 10038
                                Telephone: (212) 285-8000
                                Facsimile: (646) 304-0352
                                Counsel for Defendant American National Insurance Company

Of counsel:
**Steve Windsor**
Texas State Bar No. 21760650
Greer, Herz & Adams, LLP
One Moody Plaza, 18th Floor
Galveston, Texas 77550
Telephone: (409) 797-3200
Fax: (409) 766-6424
Counsel for Defendant American National Insurance Company

1