US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 5/31/12

                                              TIME SPENT: _____

DOCKET NO. 12 cv 1857

CASE: Lowy v Am. National Ins.

✓ INITIAL CONFERENCE              ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE          ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE         ___ TELEPHONE CONFERENCE
___ MOTION HEARING                ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED            June 8 DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: Discovery schedule set:
Mandatory disclosures due 6/8
Doc. requests and interrogs by 6/29
Responses 7/31

Conference 8/9 at 1030