# GREER, HERZ & ADAMS, L.L.P.

### A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

### ATTORNEYS AT LAW

ONE MOODY PLAZA, 18TH FLOOR
GALVESTON, TEXAS 77550-7998
FAX (409) 766-6424

STEVE WINDSOR
(409) 797-3209
swindsor@greerherz.com
Galveston Office

—

(409) 797-3200
(281) 480-5278 (HOUSTON)
www.greerherz.com

BAY AREA HOUSTON OFFICE:
2525 SOUTH SHORE BLVD., SUITE 203
LEAGUE CITY, TEXAS 77573
FAX (281) 538-3791

September 18, 2012

Magistrate Judge Cheryl L. Pollak
Chambers Room 1230
Via Fax (718) 613-2365
Via ECF

Re:     Docket No. 12-cv-1857 (FB) (CLP); *Joel Lowy v. American National Insurance Company;* U.S. District Court, Eastern District of New York

Dear Judge Pollak:

This matter is set for a status conference on Wednesday, September 19, 2012 at 3:00 pm. The parties have been in settlement negotiations and both parties agree that a settlement is likely and imminent. Defendant asks that the status conference for September 19, 2012 be adjourned and rescheduled for a day during the first two weeks of October.

My sincere apologies for not submitting this request at least 48 hours prior to the scheduled conference date. Because of the Jewish Holiday, I have been unable to speak with counsel for Plaintiff in order to provide a certificate of conference. Attached is a proposed order which Defendant prays is acceptable to the Court.

Copies of this letter and proposed Order are being sent to opposing counsel.

Respectfully submitted,

/s/ Steve Windsor
**The Law Office of Andrew J. Frisch**
**Andrew J. Frisch**
40 Fulton Street, 23rd Floor
New York, New York 10038
Telephone: (212) 285-8000
Facsimile: (646) 304-0352
Counsel for Defendant American National
Insurance Company

September 18, 2012                                                                                          Page 2

Re:     Docket No. 12-cv-1857 (FB) (CLP); *Joel Lowy v. American National Insurance Company;* U.S.
        District Court, Eastern District of New York

Of counsel:

**Steve Windsor**
Texas State Bar No. 21760650
Greer, Herz & Adams, LLP
One Moody Plaza, 18th Floor
Galveston, Texas 77550
Telephone: (409) 797-3200
Fax: (409) 766-6424
Counsel for Defendant American National Insurance Company

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOEL LOWY, <br>     Plaintiff <br> -vs- <br> AMERICAN NATIONAL INSURANCE <br> COMPANY, <br>     Defendant. | )<br>)<br>)Case No. 12 CV 1857 (FB) (CLP)<br>)<br>)<br>) |

**ORDER**

Before the Court is the Defendant's request for continuance of the status conference scheduled for September 19, 2012. The Court has reviewed the request and finds it has merit. It is, therefore,

ORDERED that the September 19, 2012 status conference is adjourned, and,

ORDERED that a status conference is set for October ___, 2012 at _____ am/pm.

DONE this ____ day of September, 2012.

_____
CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE