# GREER, HERZ & ADAMS, L.L.P.

### A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

### ATTORNEYS AT LAW

ONE MOODY PLAZA, 18TH FLOOR
GALVESTON, TEXAS 77550-7998
FAX (409) 766-6424

STEVE WINDSOR
(409) 797-3209
swindsor@greerherz.com
Galveston Office

—

(409) 797-3200
(281) 480-5278 (HOUSTON)
www.greerherz.com

BAY AREA HOUSTON OFFICE:
2525 SOUTH SHORE BLVD., SUITE 203
LEAGUE CITY, TEXAS 77573
FAX (281) 538-3791

October 2, 2012

Magistrate Judge Cheryl L. Pollak
Chambers Room 1230
Via Fax (718) 613-2365
Via ECF

> Re:   Docket No. 12-cv-1857 (FB) (CLP); *Joel Lowy v. American National Insurance Company;* U.S. District Court, Eastern District of New York

Dear Judge Pollak:

This matter is set for a status conference on Thursday October 4, 2012 at 8:00 a.m. Defendant asks that the status conference for October 4, 2012 be adjourned for two weeks. Defendant's counsel from Galveston, Texas, who attended the last conference and will be attending the upcoming status conference, asks for this continuance. His wife is scheduled for surgery (removal of gall bladder) today. Defendant's counsel seeks a continuance so that he does not have to leave his home so soon after surgery.

Furthermore, this case is settling and the settlement agreement should be finalized within the next week. I have not been able to contact opposing counsel but it is my understanding counsel is observing Jewish holidays. The recent Jewish holidays have slowed things up a bit. Although I have not been able to reach opposing counsel for Plaintiff's position on this application, we believe they consent. Attached is a proposed order which Defendant prays is acceptable to the Court.

Respectfully submitted,

/s/ Steve Windsor from Greer, Herz & Adams
**The Law Office of Andrew J. Frisch**
**Andrew J. Frisch**
40 Fulton Street, 23rd Floor
New York, New York 10038
Telephone: (212) 285-8000
Facsimile: (646) 304-0352
Counsel for Defendant American National Insurance Company

October 2, 2012                                                                    Page 2

      Re:     Docket No. 12-cv-1857 (FB) (CLP); *Joel Lowy v. American National Insurance Company;* U.S.
                 District Court, Eastern District of New York

Of counsel:

**Steve Windsor**
Texas State Bar No. 21760650
Greer, Herz & Adams, LLP
One Moody Plaza, 18th Floor
Galveston, Texas 77550
Telephone: (409) 797-3200
Fax: (409) 766-6424
Counsel for Defendant American National Insurance Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

JOEL LOWY,                                    )
      Plaintiff                         )
                                        )         **Case No. 12 CV 1857 (FB) (CLP)**
-vs-                                          )
                                        )
AMERICAN NATIONAL INSURANCE                   )
COMPANY,                                      )
      Defendant.                        )

### <u>ORDER</u>

Before the Court is the Defendant's request for continuance of the status conference scheduled for October 4, 2012.  The Court has reviewed the request and finds it has merit.  It is, therefore,

ORDERED that the October 4, 2012 status conference is adjourned, and,

ORDERED that a status conference is set for October _____, 2012 at _____ am/pm.

DONE this _____ day of October, 2012.


_____
CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE