IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL LOWY, <br>     Plaintiff <br> -vs- <br><br> AMERICAN NATIONAL INSURANCE <br> COMPANY, <br>     Defendant. | Case No. 12 CV 1857 (FB) (CLP) |

### ORDER

Before the Court is the Defendant's request for continuance of the status conference scheduled for October 4, 2012. The Court has reviewed the request and finds it has merit. It is, therefore,

ORDERED that the October 4, 2012 status conference is adjourned, and,

ORDERED that a status conference is set for October __29__, 2012 at __2:30__ am/**pm**

DONE this __2__ day of October, 2012.

/s/ CHERYL L. POLLAK
CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE