UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOEL LOWY,                                                    Docket No. 12-cv-1857

             Plaintiff,

                                                **STIPULATION OF**
     v.                                                        **DISMISSAL**

AMERICAN NATIONAL INSURANCE CO.

             Defendant.
-------------------------------------------------------------X

       **IT IS STIPULATED AND AGREED** by and between the undersigned, the attorneys of

record in the above entitled action, that the within action is dismissed with prejudice without

costs to any party.


Dated: November 5, 2012

LIPSIUS-BENHAIM LAW, LLC          THE LAW OFFICE OF ANDREW J. FRISCH
*Attorneys for Plaintiff*                *Attorneys for Defendant*




By: _____*Cheryl D. Lipsius*_____          By: _____s/ Andrew J. Frisch_____
     Cheryl D. Lipsius                       Andrew J. Frisch
80-02 Kew Gardens Road             40 Fulton Street, 23rd Floor
Kew Gardens, New York 11413        New York, NY 10038
212-981-8440                       212-285-8000

                                 Steve Windsor, Esq. (Texas State Bar No. 21760650)
                                 GREER, HERZ & ADAMS, LLP
                                 *Attorneys for Defendant*
                                 One Moody Plaza, 18th Floor
                                 Galveston, TX 77550
                                 409-797-3200